1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5
6
7  RONALD L. BASKETT,                    )
                                         )
8          Plaintiff,                    )    CASE NO.    C06-1428-RSL-JPD
                                         )
9      v.                                )
                                         )
10 UNITED STATES GOVERNMENT,             )    ORDER DENYING *IN FORMA PAUPERIS*
                                         )    APPLICATION & DISMISSING CASE
11                                       )
           Defendant.                    )
12 _____ )

13      The Court, having reviewed the Report and Recommendation of the Honorable James P.

14 Donohue, United States Magistrate Judge, any objections thereto, and the balance of the record, does

15 hereby find and ORDER:

16      (1)    The Court adopts the Report and Recommendation.

17      (2)    Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. #1) is DENIED.

18             *See* 28 U.S.C. § 1915(g).  This matter is DISMISSED.

19      (3)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

20      DATED this 20th day of November, 2006.

21
22                                                    /s/ Robert S. Lasnik
23                                                    Robert S. Lasnik
                                                      United States District Judge
24
25
26

ORDER DENYING *IN FORMA PAUPERIS* APPLICATION
AND DISMISSING CASE